IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAR - 4 2020
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 6:20CR 60013-001 |
| | ) |
| v. | ) |
| | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| | ) 18 U.S.C. § 924(a)(2) |
| WILLIE ADAMS | ) 18 U.S.C. § 924(e) |
| | ) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about September 23, 2019, in the Western District of Arkansas, Hot Springs Division, the Defendant, **WILLIE ADAMS**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearm, that is, a Bryco Arms, Model J22, .22 caliber handgun, Serial Number 1071919, said firearm having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

A True Bill.

/s/ Grand Jury Foreperson
Grand Jury Foreperson

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

By: _____
Bryan A. Achorn
Assistant U. S. Attorney
Arkansas Bar No. 2001034
414 Parker Avenue
Fort Smith, AR  72901
Telephone: (479) 494-4080
E-mail: bryan.achorn@usdoj.gov

1