IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 6:20CR60013-001 |
| ) | |
| WILLIE ADAMS ) | |

## **MOTION FOR DETENTION**

COMES NOW the United States and asks this Honorable Court to set the instant case for detention hearing under Title 18, United States Code, Section 3141, *et seq.*, and would show the Court the following:

1. The pending case involves:

   [ ]   (A)   A crime of violence.

   [ ]   (B)   An offense for which the maximum sentence is life imprisonment or death.

   [ ]   (C)   An offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, the Controlled Substances Import and Export Act or Title 21, United States Code, Section 955(a).

   [ ]   (D)   An offense involving a minor victim under Title 18 United States Code Sections 1201, 1591, 2241, 2242, 2244(a)(1), 2245 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

   [ ]   (E)   A felony committed after the Defendant had been convicted of two or more prior offenses described in Title 18, United States Code, Section 3142(f)(l)(A)-(C) or comparable state or local offense.

   [x]   (F)   A serious risk that the Defendant will flee.

1

[ ]     (G)     A serious risk that the person will obstruct or attempt to obstruct justice, or attempt to threaten, injure or intimidate a prospective witness or juror.

2. No condition or combination of conditions will:

[x]     (A)     Reasonably assure the appearance of the person as required.

[x]     (B)     Reasonably assure the safety of the community or any other person.

WHEREFORE, PREMISES CONSIDERED, the Government requests that the Defendant be held without bond.

                   Respectfully submitted,

                   DAVID CLAY FOWLKES
                   ACTING UNITED STATES ATTORNEY

                   By:     _____
                        Bryan A. Achorn
                        Assistant U.S. Attorney
                        Hot Springs Division
                        Arkansas Bar No. 2001034
                        414 Parker Avenue
                        Fort Smith, AR 72901
                        Phone: 501-627-0565
                        E-mail Bryan.Achorn@usdoj.gov